**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-02849-BNB

TIMOTHY DOYLE YOUNG,

　　　Applicant,

v.

BUREAU OF PRISONS,

　　　Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

　　　Applicant's request for a stay (Doc. No. 5), filed on December 17, 2009, is DENIED.  The Court finds extensive legal research is not required to comply with its December 7, 2009, order to cure (Doc. No. 2).  However, the Court will grant Plaintiff an additional **thirty (30) days from the date of this minute order** to cure his deficiencies as stated in the December 7 order which also sent Plaintiff copies of the required complaint and §1915 motion forms.

Dated:  December 22, 2009

---